**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RUBEN ROMAN GAMBOA                                                        PLAINTIFF
Reg #32630-077

v.                                    No. 2:16CV00161-JLH-PSH

C.V. RIVERA, Warden,
FCC Forrest City, Arkansas                                               DEFENDANT

<u>**ORDER**</u>

The Court has received Findings and Recommendation from United States Magistrate Judge Patricia S. Harris and objections from Ruben Roman Gamboa. Upon *de novo* review, the Court adopts the Findings and Recommendation with respect to the conclusion that this Court lacks jurisdiction inasmuch as Gamboa has not demonstrated that a remedy under 28 U.S.C. § 2255 is inadequate or ineffective. Gamboa's petition is therefore dismissed without prejudice. Inasmuch as this Court lacks jurisdiction, it offers no opinion on the first two grounds stated by Judge Harris for dismissing Gamboa's petition.

IT IS SO ORDERED this 6th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE